UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 12-40127 GMB

Debtor: Steven J. & Heather K. Tomaszewski

| Check Number | Creditor | Amount |
|---|---|---|
| 1841296 | Ocwen Loan Servicing, LLC | 4421.80 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 4, 2014